McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08-CR 0 0 0 5 2 LKK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S- |
| Plaintiff, ) | ORDER TO SEAL |
| ) | (UNDER SEAL) |
| v. ) | |
| AARON JAMES VAUGHN, ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney KENNETH J. MELIKIAN to Seal the Indictment, and Order dated in the above-referenced case shall be sealed until the arrest of the defendant, or until further order of the Court.

IT IS SO ORDERED.

DATED: Jan. 31, 2008

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1