DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARRON VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-052 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AARON VAUGHN, | ) | Date: September 3, 2008 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

    This matter came on for Status Conference on August 5, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Ken Melikian appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Caro Marks, Assistant Federal Defender on behalf of Defendant Aaron Vaughn, who was present in court and in custody.

    Counsel indicated the defense had recently received discovery. Defense counsel indicated Ms. Marks would need to review the discovery with the client. Defense counsel requested the court set the matter for

further status conference on September 3, 2008. The government concurred.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 5, 2008, up to and including September 3, 2008.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to September 3, 2008, at 9:30 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 5, 2008, up to and including September 3, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated:   August 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed order Re: Vaughn (08-052)-2-