MCGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:08-CR-052 LKK |
| | ) | |
| Plaintiff, | ) | REQUEST FOR CONTINUANCE OF |
| | ) | DISCOVERY MOTION HEARING AND |
| v. | ) | ORDER |
| | ) | |
| AARON JAMES VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Due to the recent unexpected unavailability of the Assistant United States Attorney assigned to this case, the government respectfully requests that the hearing on the defendant's discovery motion be continued from September 25, 2008 to September 30, 2008.

DATED:                             Respectfully submitted,

                                   MCGREGOR W. SCOTT
                                   United States Attorney


                                   By: /S/ Kenneth Melikian
                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

///

///

1

1  IT IS SO ORDERED.

3  Dated:09/23/08                    /s/ Gregory G. Hollows
4                                    _____
                                     HON. GREGORY G. HOLLOWS
                                     U.S. Magistrate Judge

5  vaughn.eot