IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                         CR. NO. S-08-0052 LKK (GGH)

        vs.                                 ORDER

AARON JAMES VAUGHN,

        Defendant.

_____/

        The undersigned has reviewed the government's request for clarification of the undersigned's order of October 17, 2008 . The government seeks modification to paragraph 1 insofar as the order could be construed to require identification of non-victim witnesses, and modification of the ostensible requirement to give the birthdates of non-victim "witnesses" who are to be identified in paragraph 2 of the Order, or who may have been disclosed in the course of producing documents to defendant. In connection with this request for clarification, the undersigned has again reviewed defendant's motion to compel.

        Although the defendant utilizes both terms of "victim/witness" and witnesses in general, a fair characterization of defendant's motion indicates that, with the exception of exculpatory and impeachment material, defendant was moving to compel the identity of victims/witnesses, and not identification of any witness the government planned to call at trial.

1

1  The undersigned did not order the government to disclose impeachment material at this time.
2  Also, the undersigned agrees that to the extent "witnesses" are identified in paragraph 2 or in
3  documents previously disclosed to the defense, who are not "victims/witnesses," there is no need
4  to disclose their birthdates.
5      Therefore, paragraph 1 is clarified to include only victim/witnesses; the birthdates
6  of any other "witness," i.e. "person" previously identified in disclosed documents, or required to
7  be disclosed in paragraph 2, may remain redacted and/or otherwise not disclosed.
8      This order of clarification is made without prejudice to any later request of the
9  defense to seek an omnibus government witness list.  Nor does this order affect the government's
10  obligation to respond to outstanding discovery requests/obligations which were not at issue in
11  defendant's motion to compel.
12      IT IS SO ORDERED.
13  DATED: 10/28/08                         /s/ Gregory G. Hollows
14                                        UNITED STATES MAGISTRATE JUDGE
vaughn.clar