```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
 7
 8               UNITED STATES DISTRICT COURT
 9               EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,    ) No. 08-cr-52 LKK
                                 )
11            Plaintiff,         ) SUMMARY ORDER
                                 )
12      v.                       ) Date:  November 4, 2008
                                 ) Time:  9:15 a.m.
13  AARON JAMES VAUGHN,          ) Judge: Hon. Lawrence K. Karlton
                                 )
14            Defendant.         )
                                 )
15  _____ )
```

16   This matter came before the Court for status conference on

17   November 4, 2008. Assistant United States Attorney Kenneth J. Melikian

18   appeared on behalf of the government. Assistant Federal Defender

19   Michael Petrik, Jr., appeared on behalf of Aaron James Vaughn, present

20   in court in custody.

21   Defense counsel indicated that the government would produce some

22   discovery pursuant to the order issued by the magistrate judge on

23   Friday, November 7, 2008. Defense counsel indicated that the

24   government intended to file an ex parte motion to withhold other

25   discovery pursuant to the same order issued by the magistrate judge.

26   Defense counsel also indicated he required time to review the discovery

27   he anticipated he would receive Friday, November 7, 2008, and to

28   ORDER                               1                          08-cr-52 LKK

formulate a plan for further investigation.  Defense counsel requested that the Court set the matter for further status conference on December 16, 2008, at 9:15 a.m.  The government concurred with defense counsel's request.

Accordingly, for the reasons stated above, the parties agreed to exclude time from November 4, 2008, up to and including December 16, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of defense counsel.

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to December 16, 2008, at 9:15 a.m.; and,

**IT IS FURTHER ORDERED** that the period from November 4, 2008, up to and including December 16, 2008, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to ongoing preparation of defense counsel.

Dated: November 6, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT