IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                        CR. NO. S-08-052 LKK (GGH)

    vs.                                 <u>ORDER</u>

AARON JAMES VAUGHN,

        Defendant.

_____/

        The undersigned is in receipt of a Motion for Reconsideration (order of October 17, 2008).[1] The undersigned has also received an *ex parte* motion dealing with much of the same subject. Until further order of the court, the October 17, 2008 order, along with the ordered modification of October 28, 2008, is stayed.

        Defendant shall respond to the motion for reconsideration no later than ten days from the filed date of this order. Because the ex parte motion requested the sealing of certain documents, the court will later decide whether to seal that information, or return it to AUSA Melikian for possible inclusion in the motion for reconsideration in whole or in part. Defendant will have notice of the court's directive in this regard prior to the time for filing his response.

---

[1] The undersigned contacted AUSA Melikian to understand whether the reconsideration motion was directed to the undersigned or Judge Karlton.

1

After ruling on the motion(s), the undersigned will not entertain further requests for reconsideration or modification.

DATED: 11/12/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

vaughn52.ord