```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant

 7

 8                      UNITED STATES DISTRICT COURT

 9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,     ) No. 08-cr-52 LKK
                                  )
11             Plaintiff,         ) ORDER
                                  )
12        v.                      ) Date: December 16, 2008
                                  ) Time: 9:15 a.m.
13  AARON JAMES VAUGHN,           ) Judge: Hon. Lawrence K. Karlton
                                  )
14             Defendant.         )
                                  )
15  _____ )
```

16  This matter came before the Court for status conference on
17  December 16, 2008. Assistant United States Attorney Kenneth J.
18  Melikian appeared on behalf of the government. Assistant Federal
19  Defender Michael Petrik, Jr., appeared on behalf of Aaron James Vaughn,
20  present in court in custody.

21  Defense counsel requested that the Court set the matter for jury
22  trial. The Court set the matter for jury trial on March 17, 2009, at
23  10:30 a.m. The Court also set the matter for trial confirmation
24  hearing, with the consent of the parties, on February 18, 2009, at 9:15
25  a.m.

26  / / /
27  / / /
28  ORDER                              1                          08-cr-52 LKK

1   The parties agreed to exclude time from December 16, 2008, up to
2 and including March 17, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)
3 and Local Code T4, for preparation of defense counsel.

4   Good cause appearing therefor,

5   **IT IS ORDERED** that this matter is set for jury trial on March 17,
6 2009, at 10:30 a.m., and for trial confirmation hearing on February 18,
7 2009, at 9:15 a.m.; and,

8   **IT IS FURTHER ORDERED** that the period from December 16, 2008, up
9 to and including March 17, 2009, is excluded pursuant to 18 U.S.C. §
10 3161(h)(8)(B)(iv) and Local Code T4, due to ongoing preparation of
11 defense counsel.

Dated: December 17, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT