```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Mr. Vaughn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>AARON JAMES VAUGHN,<br><br>          Defendant. | No. 08-cr-52 LKK<br><br>STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND VACATE TRIAL AND SET MOTION HEARING<br><br>Date:  February 18, 2009<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    The United States of America, through Kenneth J. Melikian, Assistant United States Attorney, together with defendant, Aaron James Vaughn, through counsel, Michael Petrik, Jr., request that the Court vacate the trial confirmation hearing set for February 18, 2009, at 9:15 a.m., and vacate the trial set for March 17, 2009, at 10:30 a.m.

    The parties request that the Court schedule a hearing on March 31, 2009, at 9:15 a.m., to resolve the government's Motion To Preclude Defendant From Seeking The Issuance Of Rule 17(c) Subpoenas Without First Notifying Victims, filed January 30, 2009.

    The parties agree to the following briefing schedule:

Defendant's Opposition due . . . . . . . . . . . . . . . March 3, 2009;

Government's Reply due . . . . . . . . . . . . . . . . . March 17, 2009.

Stipulation And Order                    1                           08-cr-52 LKK

The parties agree that the Court should exclude the time period from the date of this order through March 31, 2009, to allow counsel for Mr. Vaughn to prepare and file an opposition brief. The parties further agree that the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the Court should exclude the noted time period pursuant to § 3161(h)(1)(F), Local Code E (delay resulting from any pretrial motion from filing to resolution), and § 3161(h)(8)(B)(iv), Local Code T4.

Dated: February 10, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit

Dated: February 10, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Kenneth J. Melikian
_____
KENNETH J. MELIKIAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO FOUND AND ORDERED.**

Dated: February 12, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation And Order               2                            08-cr-52 LKK