1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
AARON VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-052 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| AARON VAUGHN, | ) |
| Defendant. | ) |

This matter came on for arguments on the parties' pretrial discovery motions on March 30, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Ken Melikian appeared on behalf of the United States of America. Assistant Federal Defenders Michael Petrik and Caro Marks appeared on behalf of Defendant Aaron Vaughn, who was present in court and in custody.

After argument on the motions, counsel indicated they were attempting to reach a resolution of the case and asked the court to set

the matter for a further status conference on April 21, 2009.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from March 30, up to and including April 21, 2009.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to April 21, 2009, 2008, at **9:15 a.m.**

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from March 30, 2009, up to and including April 21, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated: April 2, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed order Re: Vaughn (08-052) -2-