```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-08-052 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| AARON JAMES VAUGHN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Aaron James Vaughn, through Caro Marks, Assistant Federal Defender, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for April 24, 2009. The parties further stipulate that a status conference be placed on the court's April 28, 2009, calendar.

The United States and the defendant have reached an agreement to settle this case. A written plea agreement has been provided by the government to defense counsel. But, as the plea agreement is rather complex, counsel needs a little more time to review it with her client. Additionally, the prosecutor is not available for the April 24th status conference.

1

1    Accordingly, both parties request that the status conference
2 in this case be continued to April 28, 2009, as a change of plea
3 hearing.  Both parties agree that time should be excluded through
4 April 28, 2009, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6 order to afford the defendant reasonable time to prepare his
7 case.

DATED: April 23, 2009            Respectfully submitted,

                                 LAWRENCE G. BROWN
                                 Acting United States Attorney


                                 By: /s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney

DATED: April 23, 2009            /s/ Kenneth J. Melikian
                                 CARO MARKS
                                 Attorney for Defendant
                                 (Signed by Kenneth J. Melikian
                                  per authorization by Caro Marks)


    IT IS SO ORDERED.


DATED: April 23, 2009

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT