DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AARON VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-052 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AARON VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter came on for calendar for a status conference on April 28, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Ken Melikian appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Aaron Vaughn, who was present in court and in custody.

    Defense counsel informed the court she had requested United States Probation to perform a criminal history calculation of the defendant for guidelines purposes. Government counsel is leaving the office and

passing the case on to new counsel. Under these circumstances, the parties moved the court to set the matter for a further status conference on May 5, 2009.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from April 28, 2009 up to and including May 5, 2009.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to May 5, 2009, at 9:15 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from April 28, 2009, up to and including May 5, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated: May 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed order Re: Vaughn (08-052) -2-