DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159277
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for AARON JAMES VAUGHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-cr-52 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | Date:  May 27, 2009 |
| AARON JAMES VAUGHN, | ) | Time:  9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |

The United States of America, through Todd Leras, Assistant United

States Attorney, together with defendant, Aaron James Vaughn, through

counsel, Caro Marks, request that the Court vacate the status

conference set for May 5, 2009, at 9:15 a.m., and set a status

conference for May 27, 2009 at 9:15 a.m.

Although the government has tendered a plea agreement to the

defense the parties are continuing to negotiate its terms. Also,

government counsel is leaving the office and a new assistant United

States Attorney has been assigned to the case and needs additional time

to review the case and consider defense counsel's plea counteroffers

and terms. Finally, this continuance will allow U.S. Probation

sufficient time to complete its calculation of the defendant's

complicated criminal history score, which defense counsel requested on
or about April 24, 2009.

The parties agree that the Court should exclude the time period
from the date of this order through May 27, 2009, to allow counsel to
continue reworking the plea agreement, and to allow government counsel
suitable time to prepare.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The parties further agree that the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, _et seq._, within which trial must commence, the Court should exclude the noted time period pursuant to § 3161(h)(8)(B)(iv), Local Code T4.

Dated: April 30, 2009                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Caro Marks
                                         _____
                                         CARO MARKS
                                         Senior Litigator


Dated: April 30, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         /s/ Todd Leras
                                         _____
                                         TODD LERAS
                                         Assistant U.S. Attorney


                          **O R D E R**

     **IT IS SO ORDERED.**


Dated: May 5, 2009

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT