| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CARO MARKS, Bar #159277 |
| | Senior Litigator |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for AARON JAMES VAUGHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. 08-CR-52 LKK
                           )
            Plaintiff,     )  STIPULATION AND ORDER TO CONTINUE
                           )  STATUS CONFERENCE
    v.                     )
                           )  Date:  June 2, 2009
AARON JAMES VAUGHN,        )  Time:  9:15 a.m.
                           )  Judge: Hon. Lawrence K. Karlton
            Defendant.     )
_____)

The United States of America, through Todd Leras, Assistant United States Attorney, together with defendant, Aaron James Vaughn, through counsel, Caro Marks, request that the Court vacate the status conference set for May 27, 2009, at 9:15 a.m., and set a status conference for June 2, 2009 at 9:15 a.m.

Although the government has tendered a plea agreement to the defense the parties are continuing to negotiate its terms. Also, Probation Officer Karen Meusling is assisting the defense in calculating defendant's complicated criminal history and has not yet received necessary documents pertinent to defendant's juvenile convictions. Finally, defense counsel will be out of the office on Wednesday, May 27.

Stipulation And [Proposed] Order/Vaughn     1                    08-cr-52 LKK

The parties agree that the Court should exclude the time period from the date of this order through June 2, 2009, to allow all parties time to prepare, and to allow continuity of counsel.

The parties further agree that the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to § 3161(h)(8)(B)(iv), Local Code T4.

Dated: May 21, 2009               Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Caro Marks
                                  _____
                                  CARO MARKS
                                  Senior Litigator


Dated: May 21, 2009               LAWRENCE G. BROWN
                                  Acting United States Attorney

                                  /s/ Todd Leras
                                  _____
                                  TODD LERAS
                                  Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 26, 2009               _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Stipulation And [Proposed] Order/Vaughn    2                    08-cr-52 LKK