1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | CARO MARKS, Bar #159277
Senior Litigator
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for AARON JAMES VAUGHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-CR-52 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| AARON JAMES VAUGHN, | ) Date: June 9, 2009 ) Time: 9:15 a.m. ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

The United States of America, through Todd Leras, Assistant United States Attorney, together with defendant, Aaron James Vaughn, through counsel, Caro Marks, request that the Court vacate the status conference set for June 2, 2009, at 9:15 a.m., and set a status conference for June 9, 2009 at 9:15 a.m.

Probation has just finished assisting the defense in calculating the defendant's criminal history. The government has tendered a plea agreement to the defense. Defense counsel needs an additional week to review the guidelines and likely sentence with the defendant. Defense counsel will be out for medical leave on the previously scheduled date of June 3, and so the parties jointly agree on a one-week continuance for a status conference. The continuance will allow counsel to review

Stipulation and Order/Vaughn      1                              08-cr-52 LKK

Probation's criminal history calculations and assess their effect on defendant's case.

The parties agree that the Court should exclude the time period from the date of this order through June 9, 2009, to allow all parties time to prepare, and to allow continuity of counsel.

The parties further agree that the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to § 3161(h)(8)(B)(iv), Local Code T4.

Dated: May 26, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Senior Litigator

Dated: May 26, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Todd Leras
_____
TODD LERAS
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 27, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT