DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AARON VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-052 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AARON VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    This matter came on for calendar for a status conference on June 9, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Todd Leras appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Aaron Vaughn, who was present in court and in custody.

    Government counsel informed the court the defendant had made a counteroffer to the government's plea offer. Both parties requested a status conference in two weeks to allow government counsel, who is new

1  to the case, to review the evidence, consider the defendant's
2  counteroffer and ascertain whether if the defendant were to set a trial
3  date in September, 2009, the government would withdraw its present
4  offer.  Under these circumstances, the parties moved the court to set
5  the matter for a further status conference on June 23, 2009.
6       Accordingly, the parties agreed to exclude time from calculation
7  under the Speedy Trial Act for the reasons stated above, pursuant to 18
8  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
9  counsel, from June 9, 2009 up to and including June 23, 2009.
10 **Good cause appearing therefor**,
11      IT IS ORDERED that this matter is continued to June 23, 2009, at
12 9:15 a.m..
13      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
14 (iv) and Local Code T4, the period from April 28, 2009, up to and
15 including June 23, 2009, is excluded from the time computations
16 required by the Speedy Trial Act due to ongoing preparation of defense
17 counsel.
18 Dated: June 15, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed order Re: Vaughn (08-052) -2-