DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AARON VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-052 LKK |
| Plaintiff, | |
| v. | ORDER |
| AARON VAUGHN, | |
| Defendant. | |

This matter came on for calendar for a status conference on July 7, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Todd Leras appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Aaron Vaughn, who was present in court and in custody.

The parties requested and set a trial confirmation hearing date of August 18, 2009, and a jury trial date of September 1, 2009.

The defendant declined to agree to exclude speedy trial time under the Speedy Trial Act. Upon the government's motion, therefore, the court excluded time under the Speedy Trial Act pursuant to 18 U.S.C.

1  §3161 (h)(7)(B)(ii) and Local Code T2, for complexity of the case, from
2  July 7, 2009, up to and including September 1, 2009.
3  **Good cause appearing therefor**,
4      IT IS ORDERED that this matter is continued to August 18, 2009, at
5  9:15 a.m., for trial confirmation hearing. Thereafter, the matter shall
6  commence for jury trial on September 1, 2009.
7      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)
8  (ii) and Local Code T2, the period from July 7, 2009, up to and
9  including September 1, 2009, is excluded from the time computations
10 required by the Speedy Trial Act due to complexity of the case.
11 Dated: July 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed order Re: Vaughn (08-052)-2-