```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AARON VAUGHN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-052 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| AARON VAUGHN, | ) |
| Defendant. | ) |
| _____ | ) |

This matter came on for calendar for a trial confirmation hearing on August 18, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorneys Todd Leras and Michael Anderson appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Aaron Vaughn, who was present in court and in custody.

Defense counsel explained that the defendant had tendered a proposed resolution to the United States. Both parties agreed the resolution involved complicated sentencing issues and that a continuance was appropriate to allow the parties to continue their

1  negotiations and related investigations.  Both parties stipulated to
2  vacate the trial date and set the matter for status conference on
3  September 29, 2009. The parties also stipulated to excluding time under
4  the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and
5  (iv), and Local Codes T2 and T4, for counsel preparation and complexity
6  of the case, from August 18, 2009, up to and including September 29,
7  2009

8      The court excluded time under the Speedy Trial Act pursuant to 18
9  U.S.C. §3161 (h)(7)(B)(ii) and Local Code T2 and T4, for complexity of
10 the case from August 18, 2009, up to and including September 29, 2009.
11 **Good cause appearing therefor**,

12     **IT IS ORDERED** that the September 1, 2009, jury trial is vacated. A
13 status conference is set for September 29, 2009 at 9:15 a.m. in
14 Courtroom 4 before Senior Judge Lawrence K. Karlton.

15     **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(B)
16 (ii) and (iv), and Local Codes T2 and T4, the period from August 18,
17 2009, up to and including September 29, 2009, is excluded from the time
18 computations required by the Speedy Trial Act due to counsel
19 preparation and complexity of the case.

21 Dated: August 25, 2009

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT