DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AARON VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-052 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| AARON VAUGHN, | |
| Defendant. | |

This matter came on for calendar for a status conference on September 29, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorneys Todd Leras appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Aaron Vaughn.

Both parties stipulated to set the matter for a further status conference/change of plea on October 20, 2009. The parties also stipulated to excluding time under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), and Local Code T4, for counsel preparation from September 29, 2009, up to and including October 20, 2009.

1  **IT IS ORDERED** that a further status conference/change of plea be
2  set for October 20, 2009 at 9:15 a.m. in Courtroom 4 before Senior
3  Judge Lawrence K. Karlton.
4  **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(B)
5  (ii) and (iv), and Local Code T4, the period from September 29, 2009,
6  up to and including October 20, 2009, is excluded from the time
7  computations required by the Speedy Trial Act due to counsel
8  preparation.
9  Dated:   October 1, 2009

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```