DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #15927
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AARON JAMES VAUGHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-CR-52 LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | Date:  November 24, 2009 |
| AARON JAMES VAUGHN, ) | Time:  9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

The United States of America, through Todd Leras, Assistant United States Attorney, together with defendant, Aaron James Vaughn, through counsel, Caro Marks, request that the Court vacate the status conference set for October 20, 2009, at 9:15 a.m., and set a status conference for November 24, 2009 at 9:15 a.m.

The government has tendered one new written plea offer to the defense and the parties also have an alternate plea offer. It has not yet been reduced to writing. The defense expects to receive it the week of October 19, 2009. After that, defense counsel must travel to Nevada

Stipulation And Order/Vaughn                    1                               08-cr-52 LKK

City, where the defendant is detained, and review both plea offers with him.  After that, the parties anticipate the defendant will enter a guilty plea pursuant to one of the plea offers.

Therefore the parties request the court to continue this case until November 24, 2009.

The parties agree that the Court should exclude the time period from the date of this order through November 24, 2009, to allow all parties time to prepare, and to allow continuity of counsel.

The parties further agree that the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to § 3161(h)(7)(B)(iv), Local Code T4.

Dated: October 15, 2009        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Caro Marks
                               _____
                               CARO MARKS

Dated: October 15, 2009        LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ Todd Leras
                               _____
                               TODD LERAS
                               Assistant U.S. Attorney

Stipulation And Order/Vaughn            2                   08-cr-52 LKK

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 19, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT