```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #15927
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AARON JAMES VAUGHN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>            Plaintiff,                      )<br>                                                          )<br>    v.                                              )<br>                                                          )<br>AARON JAMES VAUGHN,           )<br>                                                          )<br>            Defendant.                     )<br>_____) | No. 08-CR-52 LKK<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE<br><br>Date:  December 8, 2009<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    The United States of America, through Todd Leras, Assistant United States Attorney, together with defendant, Aaron James Vaughn, through counsel, Caro Marks, request that the Court vacate the status conference set for November 24, 2009, at 9:15 a.m., and set a status conference/change of plea for December 8, 2009 at 9:15 a.m.

    The parties have reached a resolution of the case. The government needs time to reduce the agreement to writing, then defense counsel needs additional time to travel to Nevada City Jail, where the defendant is detained, review the plea agreement with him and prepare

Stipulation And Order/Vaughn                  1                            08-cr-52 LKK

him for the change of plea. The imminent holidays make it impracticable for the parties to complete these tasks before December 8, 2009.

Therefore the parties request the court to continue this case until December 8, 2009, and to set the matter for entry of plea on that date.

The parties agree that the Court should exclude the time period from the date of this order through December 8, 2009, to allow all parties time to prepare, and to allow continuity of counsel.

The parties further agree that the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the Court should exclude the noted time period pursuant to § 3161(h)(7)(B)(iv), Local Code T4.

Dated: November 20, 2009            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS

Dated: November 20, 2009            BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Todd Leras
                                    _____
                                    TODD LERAS
                                    Assistant U.S. Attorney

Stipulation And Order/Vaughn        2                           08-cr-52 LKK

1  **O R D E R**

2  **IT IS SO ORDERED.**

4  Dated: November 20, 2009

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

Stipulation And Order/Vaughn                3                              08-cr-52 LKK