1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #15927
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  AARON JAMES VAUGHN

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        )  No. 08-CR-52 LKK
12                                  )
              Plaintiff,            )  STIPULATION AND ORDER TO CONTINUE
13                                  )  STATUS CONFERENCE
      v.                            )
14                                  )  Date:   December 22, 2009
   AARON JAMES VAUGHN,              )  Time:   9:15 a.m.
15                                  )  Judge:  Hon. Lawrence K. Karlton
              Defendant.            )
16  _____ )

17        The United States of America, through Todd Leras, Assistant United

18  States Attorney, together with defendant, Aaron James Vaughn, through

19  counsel, Caro Marks, request that the Court vacate the status

20  conference set for December 8, 2009, at 9:15 a.m., and set a status

21  conference/change of plea for December 22, 2009 at 9:15 a.m.

22        Defense counsel needs additional time to travel to Nevada City

23  Jail, where the defendant is detained, review the plea agreement with

24  him and prepare him for the change of plea.

25        Therefore the parties request the court to continue this case

26  until December 22, 2009, and to set the matter for entry of plea on

27

28  Stipulation And [Proposed] Order/Vaughn    1                    08-cr-52 LKK

1   that date.

2        The parties agree that the Court should exclude the time period

3   from the date of this order through December 22, 2009, to allow all

4   parties time to prepare, and to allow continuity of counsel.

5        The parties further agree that the ends of justice served by

6   granting the parties' request outweigh the best interest of the public

7   and the defendant in a speedy trial, and that for the purpose of

8   computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

9   within which trial must commence, the Court should exclude the noted

10  time period pursuant to § 3161(h)(7)(B)(iv), Local Code T4.

11

12  Dated: December 2, 2009              Respectfully submitted,

13                                       DANIEL J. BRODERICK
                                         Federal Defender
14
                                         /s/ Caro Marks
15                                       _____
                                         CARO MARKS
16

17  Dated: December 2, 2009              BENJAMIN WAGNER
                                         United States Attorney
18
                                         /s/ Todd Leras
19                                       _____
                                         TODD LERAS
20                                       Assistant U.S. Attorney

21

22                        **O R D E R**

23       **IT IS SO ORDERED.**

24

25  Dated: December 3, 2009              _____
                                         LAWRENCE K. KARLTON
26                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
27

28
    Stipulation And [Proposed] Order/Vaughn   2                    08-cr-52 LKK