UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 17, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON JAMES VAUGHN,

Defendant.

Case No. 2:08-cr-00052-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release AARON JAMES VAUGHN , Case No. 2:08-cr-00052-JAM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

______ Unsecured Appearance Bond $ ____

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): **TIME SERVED.**

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Dated: November 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE